UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW JERSEY, TRENTON VICINAGE

File No.: 070-76200

| | |
|---|---|
| Louis Beltran Flores, <br><br> Plaintiff, <br><br> v. <br><br> Predco Services Corporation, As a Successor in Interest to McElroy Winch Company, now known as DVCC Services Corporation, McElroy/Catchot Company Winch Company, McElroy Machine Manufacturing Company, Inc. <br><br> Defendants. | Case No. 1:10-cv-01320-RMD-AMD |

## DISCLOSURE STATEMENT

The undersigned counsel for Defendants, DVCC Services Corporation F/k/a Predco Services Corporation, a New Jersey Corporation, (Improperly Named as Predco Services Corp., as a Successor in Interest to Mcelroy Winch Company, Now Known as DVCC Services Corporation), and Mcelroy Machine & Manufacturing Company, Inc. (Improperly Named as Mcelroy Machine Manufacturing Company, Inc.), certifies that these parties is a non-governmental corporate party and that:

☒   This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

<u>Parent Corporation is DVCC, INC</u>

<u>Publicly owned shareholders - NONE</u>

### OR

☐   This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_Kevin D. Dronson_
Signature of Attorney
Kevin G. Dronson, Esquire

August 11, 2011

Kent & McBride, P.C.
1040 Kings Highway North
Suite 600
Cherry Hill, NJ 08034